**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Nicole B. Silverberg,

            Plaintiff,

    v.

State Farm Fire and Casualty Co.,

            Defendant.

Case No. 2:25-cv-02637-RFB-BNW

**ORDER**

On February 5, 2026, this Court ordered Plaintiff to complete the USM-285 form for Defendant State Farm and return it to the United States Marshals Service by March 16, 2026. ECF No. 6. On March 19, 2026, the summons issued for Defendant State Farm returned as unexecuted because the USMS did not receive the completed USM-285 form. ECF No. 8. The Court will afford Plaintiff one last opportunity to effect service on Defendant State Farm and directs her to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for State Farm Fire and Casualty Company and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 9), and this Court's Screening Order (ECF No. 8).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **April 10, 2026,** to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on State Farm Fire and Casualty Co. no later than 20 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant State Farm may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: March 20, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE